# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2206
LT Case Nos. 2017-CF-1847
2017-CF-606
2017-CF-1848

_____

REGINALD DUNNELL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Deana Marshall, of Law Office of Deana K. Marshall, P.A.,
Riverview, for Appellant.

No Appearance for Appellee.

November 7, 2023

PER CURIAM.

    AFFIRMED.

MAKAR, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____